

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2020

No. 04-20-00426-CV

**IN RE THE ESTATE OF DONACIANO ALDRETE, JR.**

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

# O R D E R

After the trial court sustained a challenge to Appellant's Statement of Inability to Pay Costs, Appellant and court reporter Ramiro Hernandez reached an agreement regarding payment of the reporter's fees. Pursuant to that agreement, Appellant paid one-half of the fee, and we ordered him to pay the remainder of the fee and file proof of payment by December 11, 2020. Appellant has not filed proof he has paid the remainder of the court reporter's fee, and the court reporter has filed a motion for extension of time to file the record, stating he has not been paid the remainder of the fee.

We **order** Appellant to pay the remainder of the court reporter's fee and to file written proof of payment **no later than January 11, 2021**. If Appellant fails to pay the fee and file such proof by the date ordered, appellant's brief will be due January 31, 2021, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court